# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| ANITA CARTER, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO.** |
| ) | **4:23-cv-1132-SDJ-KPJ** |
| EXPERIAN INFORMATION SOLUTIONS ) | |
| INC. *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO COMENITY BANK

COME NOW Plaintiff Anita Carter ("Plaintiff") and Defendant Comenity Capital Bank ("Comenity") by and through their undersigned counsel, and hereby jointly request that this Court dismiss, with prejudice, each claim and count asserted by Plaintiff against Comenity only in the above-styled action, with Plaintiff and Comenity to bear their own attorneys' fee, costs and expenses..

Respectfully submitted this the 29th day of March 2024.

                                                */s/ Jonathan Raburn (with permission)*
                                                Jonathan Raburn
                                                McCarty & Raburn & Consumer Law Firm, PLLC
                                                8570 Anselmo Ln.
                                                Baton Rouge, LA 70810
                                                (225) 412-2777
                                                jraburn@mccartyraburn.com

                                                Attorney for Plaintiff

53865932 v1

/s/ *Reid S. Manley*
Reid S. Manley (Texas Bar No. 24047520)
BURR & FORMAN, LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
Telephone:  (205) 251-3000
Facsimile:  (205) 244-5678
rmanley@burr.com

Attorney for Defendant
COMENITY CAPITAL BANK

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Reid S. Manley*
OF COUNSEL

53865932 v1