IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

Anita Carter,

      Plaintiff,

v.

Experian Information Solutions, Inc., et al

      Defendant(s).
_____/

CASE NO: 4:23-cv-1132-SDJ-KPJ

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC.

**NOW COME** Plaintiff Anita Carter ("Plaintiff") and Experian Information Solutions, Inc. ("Experian"), by and through their undersigned counsel, and hereby jointly request that this Court dismiss, with prejudice, each claim and count therein asserted by Plaintiff against Experian only in the above-styled action, with Plaintiff and Experian to bear their own fees, costs and expenses.

This Joint Stipulation does not impact Plaintiff's claims against any other defendant.

Respectfully submitted this April 10, 2024.

| | |
|---|---|
| */s/Jonathan Raburn* <br> Jonathan Raburn <br> ATTORNEY FOR PLAINTIFF <br> Louisiana Bar Roll No. 28728 <br> McCarty & Raburn, A Consumer Law Firm, PLLC <br> 8570 Anselmo Ln. <br> Baton Rouge, LA, 70810 <br> jraburn@mccartyraburn.com <br> Telephone: 225-412-2777 | By: */s/ Trevor J. Deason* <br> Trevor J. Deason <br> TX Bar No. 24096366 <br> tdeason@jonesday.com <br> JONES DAY <br> 717 Texas, Suite 3300 <br> Houston, TX 77002 <br> Telephone: 832.239.3712 <br> Facsimile: 832.239.3600 <br><br> *Attorney for Defendant* <br> *Experian Information Solutions, Inc.* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 10th of April 2024, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which will serve a copy of the aforesaid via Notice of Electronic Filing upon all parties of record.

*/s/ Jonathan Raburn*
Attorney for Plaintiff