IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

Anita Carter,

      Plaintiff,

v.

                                                                      CASE NO: 4:23-cv-1132-SDJ-KPJ

Experian Information Solutions, Inc., et al

      Defendant(s).

_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES, LLC.**

    **NOW COME** Plaintiff Anita Carter ("Plaintiff") and Equifax Information Services, LLC. ("Equifax"), by and through their undersigned counsel, and hereby jointly request that this Court dismiss, with prejudice, each claim and count therein asserted by Plaintiff against Equifax only in the above-styled action, with Plaintiff and Equifax to bear their own fees, costs and expenses.

    This Joint Stipulation does not impact Plaintiff's claims against any other defendant.

    Respectfully submitted this April 15, 2024.

| | |
|---|---|
| */s/Jonathan Raburn* <br> Jonathan Raburn <br> ATTORNEY FOR PLAINTIFF <br> Louisiana Bar Roll No. 28728 <br> McCarty & Raburn, A Consumer Law Firm, PLLC <br> 8570 Anselmo Ln. <br> Baton Rouge, LA, 70810 <br> jraburn@mccartyraburn.com <br> Telephone: 225-412-2777 | /s/ Jibril Greene <br> Jibril Greene, Bar No. 24093774 <br> Email: jagreene@seyfarth.com <br> SEYFARTH SHAW LLP <br> 2323 Ross Ave. <br> Suite 1660 <br> Dallas, Texas 75201 <br> Telephone: (469) 608-6700 <br> Facsimile: (713) 225-2340 <br><br> *Counsel for Defendant* <br> *Equifax Information Services LLC* |

162115856v1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 15th of April 2024, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which will serve a copy of the aforesaid via Notice of Electronic Filing upon all parties of record.

*/s/ Jonathan Raburn*
Attorney for Plaintiff

162115856v1