IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

Anita Carter

    Plaintiff,

v.                 Case No. 4:23-cv-01132

Experian Information Solutions, Inc. et. al.,

    Defendants.

_____

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO TRANSUNION, LLC.**

  **NOW COME** Plaintiff and Defendant TransUnion, LLC, by and through their undersigned counsel, and hereby jointly request that this Court dismiss, with prejudice, each claim and count therein asserted by Plaintiff against TransUnion in the above-styled action, with Plaintiff and Defendant to bear their own fees, costs and expenses.

  This Joint Stipulation does not impact Plaintiff's claims against any other not named in this suit.

  Respectfully submitted this June 18th, 2024.

*/s/ Kyle Kaufman*
Kyle Kaufman
ATTORNEY FOR PLAINTIFF
Louisiana Bar Roll No. 39232
Raburn Kaufman, LLC
8570 Anselmo Lane
Baton Rouge, Louisiana 70810
kkaufman@raburnkaufman.com
Telephone: (225) 412-2777

*/s/Jonathan Raburn*
Jonathan Raburn
ATTORNEY FOR PLAINTIFF

Louisiana Bar Roll No. 28728
Raburn Kaufman
8570 Anselmo Ln.
Baton Rouge, LA, 70810
jraburn@raburnkaufman.com
Telephone: 225-412-2777

And;


*/s/Charlotte Long*
Charlotte Long, Esq.
Texas Bar No. 24094692
Trans Union, LLC
554 Baroque Way
Irving, TX  75060
Telephone:  (469) 578-1464
E-Mail:  charlotte.long@transunion.com
**Counsel for Trans Union LLC**

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 18th of June 2024, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which will serve a copy of the aforesaid via Notice of Electronic Filing upon all parties of record.


*/s/ Kyle Kaufman*
Kyle Kaufman
ATTORNEY FOR PLAINTIFF
Louisiana Bar Roll No. 39232
Raburn Kaufman, LLC
8570 Anselmo Lane
Baton Rouge, Louisiana 70810
kkaufman@raburnkaufman.com
Telephone: (225) 412-2777